# UNITED STATES DISTRICT COURT

for the
District of Colorado

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF a blue 2017 Maserati Ghibli; a silver 2008 Mercedes GL550; a blue 2014 BMW 650: all fully described in Attachment A, attached hereto | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 21-sw-00783-STV

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A,"** which is attached to and incorporated in this Application and Affidavit

located in the _____State and_____ District of _____Colorado_____, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B,"** which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC § 2113(a) | Bank Robbery. |

The application is based on these facts:

☒ Continued on the attached affidavit, which is incorporated by reference.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Jared Purdy*
*Applicant's signature*

Jared Purdy, TFO, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: ____July 27, 2021____

*Judge's signature*

City and state: ___Denver, CO___

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and tit*

## ATTACHMENT A

### Property to Be Searched

A Blue 2017 Maserati Ghibli sedan bearing VIN ZAM57RSL4H1197401 registered to Jared Lincoln Fitzgerald currently being stored in a secure lot at 8000 E 36th Ave, Denver, Colorado.

A Silver 2008 Mercedes GL SUV bearing VIN 4JGBF86E18A371971 registered to Jared Lincoln Fitzgerald currently being stored in a secure lot at 8000 E 36th Ave, Denver, Colorado.

A Blue 2014 BMW 650 sedan bearing VIN WBA6B2C59ED129293 registered to Multitasker Inc, LLC, a company owned by Jared Lincoln Fitzgerald, currently being stored in a secure lot at 8000 E 36th Ave, Denver, Colorado.

# **ATTACHMENT B**

### Items to be Seized

1. Clothing, including shoes, socks, pants, shirts, jackets, vests, hats, masks, and gloves worn during the robberies, as pictured below;

2. Bags and backpacks used during the robberies, as pictured below;

3. Notepads, papers, clipboards, folders, and binders containing robbery evidence, such as demand notes, draft demand notes, bank scouting information, sketches, maps, or other information related to bank robberies and/or as pictured below;

4. Firearms, simulated firearms, airsoft guns, pellet guns, firearm accessories, magazines, ammunition, holsters, and evidence of owning or possessing these items such as purchase records or packaging;

5. U.S currency in quantities consistent with bulk cash robberies;

6. Receipts, photographs, digital images, and/or other evidence of physical items and/or services purchased with robbery proceeds;

7. Statement, bills, correspondence, and other evidence of financial transactions, lines of credit, credit cards, bank cards/accounts, loans, and other monetary instruments;

8. Keys, receipts, correspondence, documentation demonstrating access, control, or knowledge of a safe deposit box or other offsite secure holding facilities;

9. Keys, receipts, correspondence, documentation demonstrating access, control, or knowledge of a storage facility;

10. Bags, money bands, paperwork, or other items or documentation used during the normal course of business at a banking institution;

11. Records demonstrating income from Mountain Cellars, its parent company, or any other place of employment in the name of JARED FITZGERALD;

12. Purchase records, registration, titles, or other correspondence related to vehicles owned, operated, or accessed by JARED FITZGERALD;

13. Travel records, including but not limited to gas receipts, flight records, credit/debit card transaction receipts, hotel folios, and rental home documentation;

14. Phones, computers, and other digital devices or media capable of storing documents, images, search history, mapping/routing information, and other communications related to bank robberies;

15. Rental receipts and documentation related to vehicles rented from Enterprise Leasing and/or other vehicle rental agencies;

16. Existing writing exemplars attributable to JARED FITZGERALD.



 






# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF a blue 2017 Maserati Ghibli; a silver 2008 Mercedes GL550; a blue 2014 BMW 650: all fully described in Attachment A, attached hereto | Case No. _____ <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Jared Purdy, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  This affidavit is submitted in support of an application for a search warrant for the place described in Attachment A (hereinafter "Subject Premises,"), there being probable cause to believe that located in the place described in Attachment A are items described in Attachment B, being evidence, fruits, and instrumentalities of violations of Title 18 U.S.C. §2113 (Bank Robbery).

2.  Your Affiant, Detective Jared Purdy, 06143, has been a Police Officer for over 14 years with the Denver Police Department.  Your Affiant is currently assigned to the Major Crimes Division and detailed to the Rocky Mountain Safe Streets Task Force of the Federal Bureau of Investigations as a Task Force Officer (TFO).  Your Affiant has conducted investigations of offenses including robbery, auto theft, assault, burglary and various property and narcotics related crimes.  Your Affiant has received training and has experience in the use of investigative methods related to electronic, computer and internet-based crimes.  Your Affiant also has training in basic and specialized methods of investigation, including but not limited to the general questioning of witnesses and suspects, polygraph exam administration, the review of phone and computer records, physical surveillance and the detection and collection of physical evidence.  Your Affiant has investigative experience and has authored numerous search warrants in cases involving electronic evidence, emails, text messages and the use of the internet.  Your

Affiant also regularly consults with other experienced law enforcement officers who have likewise participated in these types of investigations.

3.    The facts set forth in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement professionals and witnesses. This affidavit is intended to demonstrate that probable cause exits for the issuance of the requested search warrant. As such, not all information developed during the course of this investigation is provided herein. Instead, only the information required to show probable cause is detailed below.

4.    The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in Title 18 U.S.C. § 2711. Specifically, the Court is a District Court of the United States that has jurisdiction over the offense being investigated.

## <u>PREVIOUS 2006 BANK ROBBERIES COMMITTED BY JARED LINCOLN FITZGERALD</u>

### <u>April 2006 Two Arizona Bank Robberies</u>

5.    On April 24, 2006, an unidentified man (the robber) entered the Chase Bank at 3970 West Ray Road, Chandler, Arizona. The robber approached the teller counter and handed the victim teller a note that read, "This is a robbery.  I have a gun in the bag." The robber told the victim teller to calm down and to move quickly. The victim teller provided the robber with $1,000 before the robber left on foot.

6.    The robber was described as a white male, 25-35 years old, 6'-6'5", medium build, with light brown hair.

7.    On April 27, 2006, an unidentified man (the robber) entered the Bank of America at 1961 West Baseline, Mesa, Arizona. The robber approached the teller counter and presented the victim teller with a note that read, "THIS IS A ROBBERY. THERE IS A GUN INVOLVED. GIVE ME ALL YOUR MONEY." The robber lifted the front of his shirt and displayed a small handgun in his waistband.

8.    As the victim teller started to retrieve money, the robber said, "No, go for the 100's. Give it all." The robber repeatedly said, "Hurry, you're going too slow." The robber took the money and casually exited the bank.

9.    The robber was described as a white male, 5'11"-6', medium build, with brown hair.

**May 2006 Five Arizona Bank Robberies**

10. On May 5, 2006, an unidentified man (the robber) entered the Washington Mutual at 3418 North 17th Avenue, Phoenix, Arizona. The robber approached the teller counter and presented the victim teller with a note that read, "This is a robbery, empty your drawers, big bills first." The victim teller explained that the cash was only dispensed through an ATM-style machine requiring a card. The robber collected the note and left on foot.

11. The robber was described as a white or Hispanic male, 30-35 years old, approximately 6'2", 205-210 pounds with dark hair graying near the temples.

12. On May 6, 2006, an unidentified man (the robber) entered the Bank of America at 3930 East Broadway, Phoenix, Arizona. The robber approached the teller counter and presented the victim teller with a note that read, "GIVE ME ALL YOUR MONEY. I HAVE A GUN." As the robber placed the note inside his backpack, the victim teller observed a black handgun inside. The robber said, "Give me all your hundreds." The victim teller explained he only had smaller bills. The victim teller gave the robber several small bills and a dye pack device. The robber exited the bank.

13. The robber was described as a white male, 20-27 years old, approximately 6'2", 180-200 pounds.

14. On May 12, 2006, at approximately 2:45pm, an unidentified man (the robber) entered the World Savings Bank at 1781 East Warner, Tempe, Arizona. The robber approached the teller counter and presented the victim teller with a note that read, "I am a robber, I have a gun and due have a bomb, give me the money." The robber demanded 100-dollar bills, but the victim teller only had smaller bills available. After receiving the money, the robber left the bank.

15. The robber was described as a white male, 20-30 years old, approximately 6'0" with a medium build.

16. On May 20, 2006, an unidentified man (the robber) entered the Chase Bank at 444 West Broadway, Tempe, Arizona. The robber approached the teller counter and presented the victim teller with a note that read, "Give me all your cash. Do not include dye pack." The victim teller placed a stack of money on the counter, but the robber demanded larger bills. After the victim teller said she did not have any larger bills, the robber took the money and exited the bank.

17. The robber was described as a white male, 25-30 years old, 5'10"-5'11" and approximately 150 pounds.

18. On May 23, 2006, at approximately 2:00pm, an unidentified man (the robber) entered the World Savings Bank at 1781 East Warner, Tempe, Arizona. The robber approached the teller counter and presented the victim teller with a demand note. The robber asked, "Remember me?" The victim teller said she did remember the robber from the May 12, 2006 robbery. The robber said, "Do it faster this time." She explained that she still did not have access to larger bills. The victim teller placed a stack of money on the counter. The robber said "thank you," took the money, and exited the bank.

19. The robber was described as a white male, late 20's or early 30's, 5'8"-6'0", 180-190 pounds, with brown hair with areas of gray.

**June 2006 Two Wyoming Bank Robberies**

20. On June 12, 2006, at approximately 12:41 pm, an unidentified man (the robber) entered the Security First at 2501 East Lincolnway, Cheyenne, Wyoming, and handed the bank teller a note. The note directed the teller to go to the safe and place large bills into the canvas bag he provided. The note indicated the robber had a gun; however, no weapon was displayed. The robber left the bank with $1,200.00, including five twenty-dollar bills of recorded bait bills.

21. The robber was described as a white male, approximately 6'0" tall, 170 pounds, an unshaven face and dark hair, with graying hair around the ears.

22. On June 29, 2006, at approximately 9:20 a.m., an unidentified man (the robber) entered the Bank of the West at 410 SE Wyoming Boulevard, Casper, Wyoming. The robber walked to the center island of the lobby and appeared to be writing on a deposit slip. After a few moments, he approached the financial services officer, showed her a deposit slip and asked about "opening a business account." He then handed her a stack of stapled papers and told her to read the last one. Based on her memory, the note read as follows:

> This is a bank robbery. Go to your vault and fill up the bag. Don't talk to anyone. I have a gun. You have 23 seconds. When I get the bag back I will dump it out on the lobby floor to check for dye packs.

23. She then told him that it would require another teller to enter the vault and he replied, "O.K." She entered the vault with a second teller and then, among themselves, asked what bag to use to put the money in. The robber answered by telling them to "use this bag." She retrieved the

black canvass bag, filled it with money from the vault, and handed it over the counter back to the robber. He then departed the bank in an unknown direction. No weapon was seen by the teller.

24. One teller described the robber as a white male, 6' to 6'4", medium build with dark, short hair with some gray on the sides.

**July 2006 Utah Bank Robbery**

25. On July 20, 2006, an unidentified man (the robber) entered the Credit Union One at 1773 West North Temple, Salt Lake City, Utah. The robber told a bank employee, identified as H.R., he was new to the area and he was interested in opening a business account associated with a new McDonald's franchise. The robber said he would return the following day with his partner to complete the process.

26. On July 21, 2006, the robber returned to the credit union. He sat down in H.R.'s office and said his business partner would be right in. The robber then gave H.R. a note that stated (in summary) not to move to the left or right and that she had 30 seconds to go to the vault and get money and get money and get out and that if she didn't wait 30 seconds after he left to push the alarm, she would be the first to be shot.

27. H.R. complied with the demands. She asked a co-worker, identified as M.G., to accompany her to the vault because access required two employees. H.R. put the money from the vault into a bag provided by the robber. The robber then left the bank with $70,000.

28. The robber was described as a white male in his late 30's, 6'1"-6'2" with salt and pepper hair.

## ARREST, INTERVIEW, AND CONVICTION
## OF JARED LINCOLN FITZGERALD

29. On August 1, 2006, JARED LINCOLN FITZGERALD was arrested and charged with robbing the two banks in Wyoming in June 2006. On June 1, 2007, FITZGERALD was sentenced by United States District Court Judge Clarence Brimmer, District of Wyoming, to 168 months of incarceration followed by 36 months of supervised release. The plea agreement included the Utah bank robbery in July 2006. Although FITZGERALD confessed to the Arizona robberies detailed above, the plea agreement did not include these robberies because, as

documented by the investigating agent, the AUSA believed the sentence FITZGERALD received in Wyoming was sufficient.

30. At the time of his arrest, FITZGERALD was interviewed at the Laramie County Sheriff's Department located in Cheyenne, Wyoming. FITZGERALD was advised of his Miranda rights utilizing the FBI FD-395. FITZGERALD stated he understood his rights and that he wished to waive his rights. FITZGERALD provided the following information:

31. On April 15, 2006, FITZGERALD walked away from a Colorado Department of Corrections halfway house where he was serving a sentence for auto theft. His status in the halfway house was being revoked and he was scheduled to be returned to a Colorado prison, where he would serve the remaining two years of his sentence. FITZGERALD left Colorado and traveled to Arizona.

32. FITZGERALD traveled to Arizona and rented a room. He resided in Tempe, Arizona, from late April through the beginning of June 2006. FITZGERALD began robbing banks in Tempe, Arizona, as a means of supporting himself financially. He robbed approximately five banks while residing Tempe. FITZGERALD recalled robbing two Bank of America banks and three smaller banks. FITZGERALD robbed a bank every six to seven days from the end of April through May 2006. FITZGERALD always presented a note to the bank employee, was polite, and never used a firearm; however, the notes stated he had a firearm.

33. During one of the Phoenix bank robberies, the bank employee placed a dye pack in with the money provided to FITZGERALD. The dye pack exploded approximately twenty feet outside the bank. FITZGERALD later placed the money in a washing machine, but the dye was not removed. He then placed the currency in a bathtub and poured lacquer over the money. The lacquer removed the dye. FITZGERALD was advised that several of the bills located in his wallet at the time of his arrest appeared to have been from the group which had been inside the bag with the dye. FITZGERALD confirmed the bills in his wallet were the last remaining from the dye pack.

34. FITZGERALD left Arizona at the end of May or first of June 2006, and traveled back to Denver, Colorado. He robbed two banks in the Denver area within approximately two weeks. FITZGERALD received approximately $3,000.00 from each bank. FITZGERALD described the location of the banks as being smaller banks located in residential areas. He utilized a taxi for transportation to and from the Denver robberies. In trying to provide an accurate timeline,

FITZGERALD stated that the two Denver robberies could have occurred one on either side of the Security First robbery in Cheyenne, Wyoming, which occurred on June 12, 2006; however, it was his best recollection that the Denver robberies occurred prior to June 12, 2006.

35. FITZGERALD arrived in Cheyenne, Wyoming, on June 5, 2006. FITZGERALD robbed the Security First bank, 2051 East Lincolnway, Cheyenne, Wyoming, on June 12, 2006. He received approximately $1,000.00 in the robbery. FITZGERALD parked the black Chevrolet Corvette he was driving in the alley near the rear exit of the bank.

36. The white sports coat, tan baseball cap and black dress shoes, which were seized by the Laramie County Sheriff's Department at the time of FITZGERALD's arrest, were the same articles of clothing worn by FITZGERALD during the robberies of Security First, Bank of the West, located in Casper, Wyoming, and the attempted robbery of Sterling Bank, located in Billings, Montana.

37. On June 29, 2006, FITZGERALD robbed the Bank of the West, located in Casper, Wyoming. FITZGERALD changed the wording on the note he provided the bank employee. The note announced the robbery and instructed the bank employee to retrieve the money from the vault. The Bank of the West robbery was the first time FITZGERALD instructed the bank employee to take the money from the vault or provided a duffle bag in which to place the money. He obtained approximately $20,000.00 from the Bank of the West. FITZGERALD traveled to either Cheyenne, Wyoming, or Denver, Colorado, following the Bank of the West robbery.

38. On July 19, 2006, FITZGERALD attempted to rob the Sterling Bank, located in Billings, Montana. FITZGERALD approached a female whom he thought was the manager; however, the employee was not the manager. FITZGERALD handed the employee the note instructing her to remove the money from the vault. FITZGERALD became nervous as he had been in the bank too long. FITZGERALD left the bank without any money. FITZGERALD stated, "I went in there at the wrong time. The bank manager wasn't there and the lady I spoke to did not have keys to anything." FITZGERALD drove to Blackfoot, Idaho, following the attempted robbery of the Sterling Bank, where he spent the night in a hotel.

39. On July 20 or 21, 2006, FITZGERALD was en route to Reno, Nevada when he stopped in Salt Lake City, Utah. FITZGERALD went into a Federal Credit Union, located approximately five minutes from downtown Salt Lake City, and spoke with the credit union manager. His

original plan was to rob the credit union; however, there were too many people inside so he left without giving the manager the note, which would have announced the robbery.

40. On July 22 or 23, 2006, FITZGERALD returned to the credit union in Salt Lake City, which he had visited the day before. FITZGERALD approached the same manager and handed her a note announcing the robbery. FITZGERALD handed the credit union manager a red duffle bag, which she filled with money from the vault. FITZGERALD was out of the bank approximately 20 seconds after giving the manager the note announcing the robbery. FITZGERALD got into his car and left the area. FITZGERALD received approximately $70,000.00 from the credit union robbery.

41. FITZGERALD was in Reno and Windover, Nevada, July 24-25, 2006. FITZGERALD gambled at local casinos and in private poker games, which took place at private residences. He learned of the private poker games while conversing with various individuals in the casinos. FITZGERALD indulged in sports betting and poker at the Rainbow and Montigo Bay casinos.

42. FITZGERALD was in possession of approximately $55,000.00 at the time of his arrest. He advised that approximately $20,000.00 to $30,000.00 was derived from gambling, with the remainder being proceeds from the bank robberies he had committed.

43. It was FITZGERALD's practice not to go into a bank prior to the time he planned to carry out the robbery. In the event the bank had a high volume of people or there was no rear exit, FITZGERALD would simply leave the bank. FITZGERALD picked banks which had parking in the rear and he would structure his robberies to take place at times he estimated would be slow. FITZGERALD went into at least two banks which did not meet his criteria, so he simply left the banks without attempting the robbery. FITZGERALD wrote out the notes he used to announce the robbery prior to entering the bank. FITZGERALD made sure he always retrieved the note from the bank employee prior to leaving the bank. FITZGERALD shredded the note and either burned the pieces or flushed the pieces down the toilet.

44. Troy VanOrden is a friend of FITZGERALD who resides on Wimbledon Court, Colorado Springs, Colorado. VanOrden has no knowledge of FITZGERALD's criminal activity. FITZGERALD requested he be allowed to retrieve several telephone numbers which were stored in the memory of his cellular telephone. The cellular telephone had been seized by the Laramie County Sheriff's Department at the time of his arrest. The following telephone numbers included Troy VanOrden 719-640-2290.

45. FITZGERALD advised he committed the bank robberies because he needed money. FITZGERALD described robbing banks as a means of obtaining "easy cash" and stating "any dummy can do it."

## RELEASE AND ONGOING CRIMINAL ACTIVITY
## OF JARED LINCOLN FITZGERALD

46. FITZGERALD was released from federal prison on or about October 31, 2018. After satisfying a state term of incarceration, he started his federal supervised release program in Colorado on January 8, 2020. His current address of record with U.S. Courts Probation and Pretrial Services is 2435 Wimbleton Court, Colorado Springs, Colorado. FITZGERALD's probation officer visited FITZGERALD at his listed residence as recently as June 8, 2021. His telephone number is 303/242-9535 and his email address is fitzgeraldjared@icloud.com. Colorado Department of Labor records show he has been employed by JDT Incorporated since the first quarter of 2020. JDT Incorporated is the parent company of Mountain Cellars liquor store at 8290 Razorback Road, Colorado Springs, Colorado. FITZGERALD's probation officer confirmed he works at Mountain Cellars and his direct supervisor is Troy VanOrden. FITZGERALD reported to his probation officer that he drives an older model Mercedes-Benz GL550 SUV (Subject Premises).

### July 24, 2020 Mid First Bank Robbery

47. On July 24, 2020, at approximately 9:45am, an unidentified man (the robber) entered the MidFirst Bank at 101 North Cook Street, Denver, Colorado. The robber approached the desk of bank employee J.M. carrying a clipboard. He flipped the clipboard over and showed J.M. a note taped to the back. The note said, "This is a robbery." The robber then addressed all three bank employees by saying something similar to "There is a problem. The problem is you're being robbed." The robber lifted the front of his shirt to reveal a black handgun in his waistband. The robber ordered all the employees to the vault.

48. J.M. and co-worker C.H. struggled to open the vault because they were afraid. The robber became increasingly hostile and began yelling at them. At one point, he began counting down and the employees feared they would be shot. Their third attempt to access the vault was successful. The robber placed $124,100.00 from the vault into a backpack. He ordered the employees to stay inside the vault as he exited the bank.

49. The robber was described as a white male in his 30's or 40's, approximately 6'0"-6'3" tall with a medium build. He wore Carhart style pants, a bright yellow shirt with reflective lines, a yellow hard hat, and a face covering.

50. J.M. described a suspicious incident that occurred approximately two weeks prior at the bank. A man entered the bank dressed as a construction worker. The man said there was an issue with the water control valves located behind the teller counter. J.H. escorted the man to the back of the bank where he apparently was satisfied the issue had been resolved. He then left the bank. J.M. believed the incident was related to the robbery.

51. Your Affiant reviewed images from the suspicious incident on July 9, 2020, and from the robbery on July 24, 2020. The individual in both events was wearing what appeared to be the same shirt and hard hat and had matching physical descriptions. Your Affiant believes the same man was involved in both events.




July 9, 2020 Suspect                    July 24, 2020 Suspect

## October 9, 2020 Mid First Bank Robbery

52. On October 9, 2020, at approximately 9:25am, an unidentified man (the robber) entered the MidFirst Bank at 101 North Cook Street, Denver, Colorado. The robber approached the gate to the teller line with a gun in his hand. He ordered bank employees J.M. and C.H., who were both present during the previous MidFirst robbery, to access the vault room. C.H. asked the

robber what would happen if she did not comply. The robber pointed his gun at J.M. and said, "I'll shoot this bitch."

53. The robber forced all bank employees into the vault room. He said, "If the cops come there will be a shootout." The robber removed cash from both safes inside the room. He put $223,136.00 into a duffel bag before leaving the bank.

54. J.M. was sure the robber was the same person who robbed the bank on July 24, 2020.



October 9, 2020 Suspect

**April 13, 2021 Pueblo Bank Robbery**

55. On April 13, 2021, at approximately 9:00am, an unidentified male (the robber) entered the Power Credit Union located at 1615 East Evans Avenue, Pueblo, Colorado. He was wearing a reflective construction vest, a yellow hard hat, black sweatpants, and black and white Adidas shoes. He was described as a white male, approximately 6'2", approximately 170 pounds, approximately 35 years old, with short dark hair and light-colored eyes. The robber was greeted by C.M. He requested to speak with the manager regarding asphalt work in the bank parking lot. The robber signed-in with the name "Marcus Briness."

56. V.T. came out to assist the robber. He told V.T. he worked for ADP and he was there to complete some asphalt work. V.T. explained that they had hired another company for the asphalt work. At that time, the robber said he wanted to show V.T. the work order. The robber then

displayed a robbery note in a notepad attached to a clipboard. The demand note read as follows: "YOU ARE BEING ROBBED I SEE COPS = YOU DIE TO ENSURE YOUR SAFETY YOU MUST DRAW EMPLOYEES AWAY FROM ALARMS NO DYE PACKS OR TRACKING DEVICES GO TO SAFE."



April 13, 2021 Suspect



April 13, 2021 Robbery Note

57. The robber told V.T. to remain calm and to move quickly so he would not have to hurt her. He directed V.T. to open the vault. V.T. explained that she needed to retrieve the combination from her office and that she would need a second person to access the vault. V.T. first asked A.B. to assist her in opening the vault and later asked S.K. to help them as well. At one point, the robber told A.B. he would take them hostage if the police showed up.

58. The robber directed all three bank employees to sit down inside the vault as he removed the money from the safe and placed it into a black plastic bag. The robber took $56,280.00. After removing the money, he ordered V.T. to walk him out of the bank. V.T. watched the robber enter a silver vehicle parked south of the bank on Canal Street.

59. Responding officers recovered several items of evidence from the bank, including a brown clipboard with a notepad attached. The clipboard and notepad were left by the robber on top of a safe inside the vault.

60. In addition to the robbery note, Investigator Cardona of the Pueblo Police Department observed a list of names and telephone numbers written on a piece of paper contained within the notepad left by the robber. Various types of alcohol were listed by most of the names.



61. Investigator Cardona contacted several individuals on the list. One male on the list said the alcohol written by his name is his favorite beverage and that he purchased the rare liquor from Mountain Cellars in Colorado Springs. A second male, interviewed later by your Affiant, said he placed his name on a list at Mountain Cellars in Colorado Springs and asked to be contacted if a certain rare liquor became available. One female on the list said the alcohol listed next to her name is a rare wine that she could only find at Mountain Cellars in Colorado Springs. Others on the list said they did not know why their names were included, and some said they put their names on multiple contact lists.

62. Based on these responses, your Affiant believes the list was generated during the normal course of business at Mountain Cellars liquor store in Colorado Springs, the same liquor store where FITZGERALD is currently employed. The list was created to keep track of customers who should be contacted when specific types of rare alcohol became available.

63. On July 7, 2021, your affiant received several hand-written documents completed by FITZGERALD. The documents were provided by FITZGERALD's probation officer and included multiple travel authorization requests. The first request was FITZGERALD asking for

permission on March 3, 2021, to travel to Boca Raton, Florida to visit his girlfriend, T.Y. The second request was FITZGERALD asking for permission to travel out-of-state between April 21, 2021, and May 19, 2021, to get married, visit his in-laws, and to go on his honeymoon.

64. Your affiant visually compared the writing of the bank robbery note from the Power Credit Union robbery with the two documents completed by FITZGERALD. Your affiant determined the writing in the bank robbery note was consistent with the writing in the documents completed by FITZGERALD. The comparison items are as follows:



 Robbery Note         Honeymoon Request

65. In addition to the bank robbery note and the list of customers, the notepad also contained a sheet of paper with information related an Apple MacBook Pro computer. The serial number for the computer was listed as C02Q3B3FG8WN. On July 9, 2021, your Affiant reviewed registration information provided by Apple related to the computer. Apple records show the computer is owned by JARED FITZGERALD at 2435 Wimbleton Court, Colorado Springs, Colorado, telephone number 303/242-9535, email address fitzgeraldjared@icloud.com. The previous registered operator of the computer was FITZGERALD's current supervisor, Troy VanOrden.

## July 20, 2021 Wells Fargo Robbery

66. On July 20, 2021, at approximately 5:00pm, an unidentified male (the "robber") entered the Wells Fargo bank at 6000 West 44th Avenue, Wheat Ridge, Colorado. The robber was described as a white male, in his forties, 6'0' to 6'4" tall, average to slightly heavy build, with gray hair, wearing a C.S.I. ball cap, a gray shirt, black pants and black dress shoes. The robber was armed with a black semi-automatic handgun that he kept in a holster on his hip.

67. After entering the bank, the robber stated in a loud voice that he needed to speak with a manager about fraudulent checks. He identified himself as "Officer Morales" and presented himself as a law enforcement official. When the manager on duty (F.B.) spoke with the robber, he displayed a note that stated "This is a robbery.  I am armed with a gun…" The robber ordered the victim manager to call all the employees over. When the other three bank tellers came to the manager's location, the robber told them they were being robbed and showed them his gun in his holster. The robber told the four bank employees they were going to the vault.

68.  When they arrived at the vault, the robber ordered two victims to turn their backs and face a wall just outside the vault. The robber ordered two other employees to enter the vault and give him the big bills. The robber knew the banker who handled commercial accounts and asked him by name to show him where all the big bills were located.

69. The robber was familiar with the bank's layout and the banks procedures. He said he had been watching the bank employees earlier in the day. The robber asked the bank manager what

kind of G.P.S. trackers the bank used and where they were located.  The bank manager told the robber she did not know what kind of trackers the bank used but she knew the trackers were positioned in the back corners of the vault compartments. The manager opened the vault and showed the robber where the trackers were positioned.

70. The bank manager offered the robber a bag to put the money into and he refused. The robber produced a black reusable shopping bag with "GNC" labeled in red on it. The robber ordered the manager to put all the big bills into the bag. The robber exited the bank and fled westbound on foot.

71. It was later determined that the suspect took $451,000 in United States currency from the bank.

72. On the morning of July 21, 2021, at approximately 7:12am, surveillance observed FITZGERALD exit the garage at his listed Colorado Springs Residnece driving his blue Maserati (BTBQ37). Surveillance observed FITZGERALD engage in counter-surveillance measures by executing multiple u-turns and returning to the area of the residence twice within a five-minute period. Surveillance was discontinued as FITZGERALD appeared to be attempting to identify law enforcement.

73. At approximately 7:32am, FITZGERALD returned a white Nissan Rogue to Enterprise Leasing at 5680 Woodmen Road, Colorado Springs. Records showed he rented the vehicle on July 19, 2021 from the same location.

## FINANCIAL INFORMATION

74. FITZGERALD filed a travel request with his probation officer seeking authorization to travel to Boca Raton, Florida by air. He planned to visit his reported girlfriend, T.Y., from January 14, 2021, through January 19, 2021. He stated the trip would cost $200.

75. On March 3, 2021, FITZGERALD filed another travel request seeking authorization to travel to Boca Raton, Florida by air.  Again, he planned to visit T.Y.  He estimated the trip would cost $200.

76. FITZGERALD filed another travel request seeking authorization to travel throughout the United States between April 21, 2021 and May 19, 2021, for his wedding and honeymoon. He represented he would be driving to Las Vegas where he planned to stay at the MGM Grand hotel. He would then drive to San Antonio, Texas, where he would be staying in a rental house before

driving on to Florida to stay in another rental house. He listed $3500 as the total cost of the trip and indicated the travel would be funded by money received as a wedding gift.

77. FITZGERALD consistently provides $2,461 as his monthly income and $1,500 as his monthly rental expense for his rent in Colorado Springs, Colorado. On March 3, 2021, he provided $2,461.56 as his monthly income with no other sources of income. His monthly expenses were listed as $2,460.30, including a trip to Florida for $100.

78. Your Affiant believes FITZGERALD intentionally under-reported the expenses related to each of these trips. Your affiant believes FITZGERALD supplements his travel expenses with proceeds from his bank robberies.

79. In October 2020, a 2017 Maserati Ghibli luxury vehicle bearing VIN ZAM57RSL4H1197401 (Subject Premises) was registered and titled to FITZGERALD. The base price of the vehicle is listed as $77,200. The vehicle was observed parked at the Walmart adjacent to Mountain Cellars in May 2021, and he was observed leaving his house in Colorado Springs driving the Maserati on July 21, 2021. Your Affiant believes FITZGERALD hides the vehicle from his probation officer and others because his reported monthly salary would not support owning and maintaining such an expensive vehicle. Your Affiant believes FITZGERALD pays for the vehicle with proceeds from his bank robberies.

80. A search of Colorado Department of Motor Vehicles records confirmed FITZGERALD also purchased a gray 2008 Mercedes-Benz GL550 bearing VIN 4JGBF86E18A371971 (Subject Premises) on September 29, 2020.

## TELEPHONE RECORD ANALYSIS

81. On July 21, 2021, Task Force Officer (TFO) Jared Purdy received a copy of the call detail records from Verizon Wireless for cellular telephone number 303/242-9535 (target telephone number), the number provided for FITZGERALD by his probation officer. According to the provided records, the subscriber of the number is JARED L. FITZGERALD with a listed address of 2435 Wimbleton Court, Colorado Springs, Colorado.  TFO Purdy searched the call detail records and noted the following:

82. No records were provided for July 9, 2020 (MidFirst Bank casing).

83. On July 24, 2020 (first MidFirst Bank robbery), the target telephone number received a call from telephone number 719-266-0355 at 11:52:16am. The cell tower used by the target

telephone was located at 8720 Scarborough Drive, Colorado Springs, Colorado. The MidFirst Bank robbery at 101 North Cook Street, Denver, Colorado on that date occurred at approximately 9:35am. According to Google Maps, the estimated drive time for that time of day from 101 North Cook Street to 8720 Scarborough Drive is approximately one hour to one hour and thirty minutes. No phone calls were logged on July 24, 2020 prior to 11:52:16am.

84. On October 9, 2020 (second MidFirst Bank robbery), the target telephone number placed a call to phone number 719-651-2786 at 11:37:26am. The cell tower used by the target telephone was located at 7120 Campus Drive, Colorado Springs, Colorado. The MidFirst Bank robbery at 101 North Cook Street, Denver, Colorado on that date occurred at approximately 9:30am. According to Google Maps, the estimated drive time for that time of day from 101 North Cook Street to 7120 Campus Drive is approximately one hour to one hour and twenty-five minutes. No phone calls were logged on October 9, 2020 prior to 11:37:26am.

85. On April 13, 2021 (Power Credit Union robbery), the target telephone number utilized a cell tower located at 8280 Voyager Parkway, Colorado Springs, Colorado. This location is in the vicinity of FITZGERALD's place of employment, Mountain Cellars Liquors located at 8290 Razorback Road, Colorado Springs, Colorado. At 10:22:03am, the target telephone number called telephone number 970-612-6530. The cell tower used by the target telephone number was located at 7665 Assisi Heights, Colorado Springs, Colorado. The Power Credit Union robbery at 1615 East Evans Avenue, Pueblo, Colorado on that date occurred at approximately 9:15am. According to Google Maps, the estimated drive time for that time of day from 8280 Voyager Parkway, Colorado Springs, Colorado to 1615 East Evans Avenue, Pueblo, Colorado is approximately forty-five minutes to one hour. The estimated drive time from 1615 East Evans Avenue, Pueblo, Colorado to 7665 Assisi Heights, Colorado Springs, Colorado is approximately fifty minutes to one hour and five minutes.

86. TFO Purdy noted the call detail records for FITZGERALD did not place him immediately in the area of any of the robberies during the timeframe of the provided records; however, there appeared to be gaps in his cell telephone usage during the time of the robberies that did not preclude him from being in the area or place him in any other areas during those times. Based in the gaps in cell phone usage and Google Maps estimated drive times, there appears to be ample time for FITZGERALD to leave Colorado Springs, commit the robberies, then return to Colorado Springs during the gaps in activity. Based on training and experience

19

from investigating numerous other robbery patterns and interviewing robbery suspects, TFO
Purdy and your Affiant are aware that robbery suspects are often aware of investigators' abilities
to track cell phone usage and location data. Therefore, it is not uncommon for robbers to turn
their cell phones off or leave them at another location while crimes are being committed to avoid
cellular data and location data corroborating their presence at the scene of a crime.

87. On July 23, 2021, Your Affiant obtained an arrest warrant for JARED LINCOLN
FITZGERALD from Denver County Court for two counts of Robbery and two counts of
Kidnapping related to the two robberies that occurred at 101 N Cook St, Denver, Colorado.
Investigators also received a search warrant for FITZGERALD'S Colorado Springs residence
located at 2435 Wimbleton Court, Colorado Springs, Colorado.

88. On July 26, 2021, FBI Special Agent Donald Peterson obtained a warrant to seizure for
forfeiture the 2017 Maserati Ghibli and the 2008 Mercedes GL550 (Subject Premises) that were
registered to JARED FITZGERALD.  The warrants were signed and approved by Unites States
Magistrate Judge Gordon Gallagher on July 26, 2021 at 9:30am.

89. On July 26, 2021 members of the Rocky Mountain Safe Streets Task Force and other
members of the FBI located at arrested JARED LINCOLN FITZGERALD for his outstanding
Denver County arrest warrant.  Investigators also executed the search warrant on his residence at
2435 Wimbleton Court, Colorado Springs, Colorado.

90. During the search warrant at the residence, investigators located and seized the 2008
Mercedes GL550 (Subject Premises).  Investigators also located a blue 2014 BMW 650 parked
in the driveway of the residence.  A search of Colorado Department of Motor Vehicles records
revealed the vehicle was registered to Multitasker Inc, LLC at 2435 Wimbleton Ct, Colorado
Springs, Colorado.  Prior to the execution of the search warrant, investigators observed
FITZGERALD driving the BMW 650 to an appointment with his probation officer.  The 2017
Maserati Ghibli (Subject Premises) was located in a nearby parking lot at 2438 Research
Parkway, Colorado Spring, Colorado.  All three vehicles were towed to a secure lot at the FBI
Headquarters building located at 8000 E 36th Ave, Denver, CO 80238.

91. During the search of FITZGERALD'S residence at 2435 Wimbleton Court, Colorado
Springs, Colorado, investigators located a black Calvin Klein jacket that matched the one worn
by the robbery suspect at 101 N Cook St on October 9, 2020.  Investigators also located a
marriage certificate for JARED LINCOLN FITZGERALD and E.I.Q. dated April 22, 2021.

92. During an interview with FITZGERALD subsequent to his arrest, he stated he purchased the blue BMW 650 (Subject Premises) several days prior to his arrest.  He stated he purchased the vehicle for a car rental business he was planning on starting.  He denied any involvement in the robberies and stated multiple times he did not want to say anything that would incriminate him.

93. After FITZGERALD'S arrest, Your Affiant conducted an interview with T.V., FITZGERALD'S employer and close friend. T.V. stated he has known FITZGERALD for more than fifteen years.  T.V. advised investigators that FITZGERALD recently married a nineteen-year-old girl named E.I.Q., who he frequently travels to Florida with. T.V. stated FITZGERALD planned to move to Florida with E.I.Q. and possibly already had a residence there.

94. On July 26, 2021 at approximately 1405 hours, after speaking with Your Affiant, Troy Vanorden contacted investigators via phone and advised that JARED FITZGERALD allowed a relative to keep several furniture items in a storage unit at SecurCare Self Storage located at 1825 Jamboree Drive, Colorado Springs, Colorado in early March of 2021.  The relative could only access the unit when FITZGERALD was present.  T.V. believed FITZGERALD still owned the storage unit because the relative's property was still stored there.

95. At approximately 1415 hours, TFO Mike Kim contacted an employee at SecurCare Self Storage and confirmed that FITZGERALD is currently renting storage unit #N13 at that location and listed 2435 Wimbleton Court as his residence on his rental agreement.  FITZGERALD'S last documented access at the storage facility was on July 24, 2021 at 12:27pm.  He left shortly after at 12:32pm according to the access logs.  Additionally, according to the access logs, FITZGERALD was at the storage facility on July 21, 2021 at 12:06pm, the day after the Wells Fargo Robbery in Wheatridge, Colorado.  At that time, he paid his storage rental bill in cash.

96. Your Affiant obtained a search warrant for the storage unit at 1825 Jamboree Drive, Colorado Springs, Colorado.  The warrant was signed an approved by Unites States Magistrate Judge Gordon Gallagher on July 26, 2021 at 4:50pm.

97. At approximately 5:00pm, Your Affiant executed the search warrant and searched the storage unit.  During the search, Your Affiant located a yellow hard hat, an orange construction vest, red gloves, and a pair of black and white Adidas shoes.  All the listed items matched the clothing worn by the suspect during the Power Credit Union bank robbery that occurred on April 13, 2021.  The yellow hard hat also appeared to match the one worn by the suspect during the

MidFirst Bank casing on July 9, 2020 and the subsequent robbery on July 24, 2020.  The black and white Adidas shoes appeared to match the ones worn by the suspect during the July 9, 2020 MidFirst Bank casing, the October 9, 2020 MidFirst Bank robbery, and the April 13, 2021 Power Credit Union bank robbery.  Your Affiant also located a black Walther airsoft BB gun.  The listed items were recovered for evidence.

## CONCLUSIONS

98. Your Affiant believes the same person is responsible for the robberies of the MidFirst Bank on July 24, 2020, the MidFirst Bank on October 9, 2020, the Power Credit Union on April 13, 2021, and the Wells Fargo on July 20, 2021. The suspect in the two MidFirst robberies was identified by the victims as the same person, and the suspect made statements confirming he was responsible for both robberies. Additionally, the physical description and the modus operandi of the robber in each of the MidFirst robberies are consistent.

99. The physical description of the suspect in the Power Credit Union robbery matches the physical description of the MidFirst robber. The Power Credit Union robber was wearing white and black Adidas shoes that match the shoes worn by the robber during the second MidFirst robbery. The Power Credit Union robber was also wearing a yellow hard hat that appeared to be the same one worn during the first MidFirst robbery. The robber in the first MidFirst robbery used a clipboard and a construction ruse to gain access to the bank and the vault. The robber of the Power Credit Union also used a clipboard and a construction ruse. The suspect in all three robberies focused exclusively on the vault, which is a rare occurrence.

100.     The physical description of the robber of the Wells Fargo on July 20, 2021 matches the description of the robber of the MidFirst and the Power Credit Union. The Wells Fargo robber made a statement that he had committed bank robberies before. The Wells Fargo robber asked the bank employees what type of tracking devices the bank used. The Power Credit Union robber asked the same questions. The robber in all four robberies appeared to pre-scout the banks and to use a ruse to gain access to the bank manager and the vault. The Wells Fargo robber, like the first MidFirst and the Power Credit Union robber, displayed a robbery note in or attached to a notepad. The language in all the notes was consistent.

101.     Your Affiant believes JARED FITZGERALD is responsible for all four robberies. FITZGERALD has a long, extensive history of robbing banks. FITZGERALD's

modus operandi evolved during his robberies in 2006. He started by robbing individual tellers using a demand note. The amounts of money he took during those early robberies were minimal. Prior to his arrest in 2006, FITZGERALD started using a ruse to scout the banks prior to the robberies and to contact a management-level bank employee who would have access to the vault. By his last robbery in 2006, FITZGERALD was focused exclusively on the vault where he was able to steal a more significant quantity of money.

102.     Your Affiant believes FITZGERALD used the notepad left at the Power Credit Union robbery during the normal course of business at the Mountain Cellars liquor store where he is currently employed. In addition to the robbery note, the notepad also included customer lists, office supply lists, and information related to an Apple MacBook computer (which is owned by FITZGERALD). He used the notepad to write and present the robbery note, and he accidently left it behind during the robbery. As demonstrated above, the writing in the robbery note is consistent with known writing samples from FITZGERALD. Additionally, your Affiant reviewed video and images from all four robberies and determined the suspect matches the physical description of FITZGERALD.

103.     Rental records show FITZGERALD rented a vehicle from Enterprise Leasing on July 23, 2020 and returned the vehicle on July 25, 2020. The first MidFirst robbery occurred on July 24, 2020. FITZGERALD rented a silver Chevrolet Malibu from Enterprise Rental Car on April 12, 2021 and returned the vehicle on April 15, 2021. The victim teller in the Power Credit Union robbery on April 13, 2021 observed the robber leave in a silver sedan.

104.     FITZGERALD rented a white Nissan Rogue from Enterprise on July 19, 2021 and returned the vehicle on July 21, 2021. The Wells Fargo robbery occurred on July 20, 2021. On July 20, 2021, at 3:30pm, approximately 90 minutes prior to the Wells Fargo robbery, the Nissan Rogue was recorded traveling northbound on Sheridan Boulevard through Colfax Avenue in Denver. The vehicle was traveling toward the Wells Fargo bank and the intersection in which it was observed is approximately three miles from the bank. Based on FITZGERALD's history of scouting banks and his statements to Wells Fargo employees about watching them earlier in the day, your Affiant believes FITZGERALD drove the Nissan Rogue to the bank and waited for just over an hour before entering at approximately 5:00pm. Your Affiant believes FITZGERALD uses rental vehicles to commit the bank robberies to avoid being identified by using his personal vehicles.

105.     The search of JARED FITZGERALD'S residence and storage unit produced an identifiable Calvin Klein jacket worn by the suspect from the October 9, 2020 MidFirst Bank robbery and identifiable clothing and shoes from the Power Credit Union and MidFirst Bank robberies; however, robbery proceeds were not located.  Your Affiant believes the robbery proceeds and additional robbery clothing are being stored at an alternate location.

## SUMMARY

106.     Your Affiant believes evidence, instrumentalities, and fruits of the four bank robberies committed by FITZGERALD between July 2020 and July 2021 are currently located within the Subject Premises.  Specifically, your Affiant believes clothing, shoes, hats, and masks worn during the robberies; firearms, holsters, bags, notepads, binders, papers, and other props used during the robberies; proceeds from the robberies; items purchased with robbery proceeds; and other items detailed in Attachment B are located within the Subject Premises.

107.     Your Affiant knows from preparing, executing, and participating in hundreds of search warrants that evidence of violent crimes, such as the bank robberies described herein, is commonly recovered from the primary residences of criminal subjects. At the time of his arrest in 2006, FITZGERALD was found to be in possession of the clothing used during his robberies. During his more recent robberies, FITZGERALD has repeatedly used certain items such as the reflective vest, hard hat, and Adidas shoes, demonstrating that he does not discard these items immediately after a robbery. Additionally, your Affiant believes it would be very difficult for FITZGERALD to secrete or store $451,000 without drawing significant, unwanted attention. Your Affiant also believes FITZGERALD will have items and/or evidence of items purchased with bank robbery proceeds at the Subject Premises.

108.     Your Affiant believes the information provided in this affidavit demonstrates probable cause in support of an application for the requested search warrant.

Respectfully submitted,
/s/ Jared Purdy___
Jared Purdy, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on _____July 27_____, 2021


_____

UNITED STATES MAGISTRATE JUDGE


Reviewed and submitted by Brian Dunn, Assistant United States Attorney.

25